UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIKTORIYA ILINA, : | |
|  : | CIVIL NO. 3:07CV1490 (JBA) |
| PETITIONER, : | |
|  : | |
| v. : | |
|  : | |
| DONNA ZICKEFOOSE, WARDEN, : | |
| FCI DANBURY, : | |
|  : | |
| RESPONDENT. : | SEPTEMBER 9, 2009 |

**UNOPPOSED MOTION TO DISMISS, WITH PREJUDICE,
PETITION FOR WRIT OF HABEAS CORPUS**

The Respondent, Donna Zickefoose, Warden, FCI Danbury, through her undersigned counsel, hereby moves to dismiss the above-captioned action with prejudice. The Petitioner, Viktoriya Ilina, was transferred from FCI Danbury yesterday morning to a halfway house and is no longer in the custody of FCI Danbury. *See* attached. In light of her transfer, the Petition should be dismissed because the issues presented have become moot.

As the Second Circuit has noted,

> "A case becomes moot when it no longer satisfies the 'case-or-controversy' requirement of Article III, Section 2 of the Constitution. In order to satisfy the case-or-controversy requirement, a party must, at all stages of the litigation, have an actual injury which is likely to be redressed by a favorable judicial decision." *United States v. Mercurris*, 192 F.3d 290, 293 (2d Cir. 1999) (citing *Spencer v. Kemna*, 523 U.S. 1, 7 [ ] 1998)). Generally, "if an event occurs during the course of the proceedings or on appeal that makes it impossible for the court to grant any effectual relief whatever to a prevailing party, we must dismiss the case." *United States v. Blackburn,* 461 F.3d 259, 261 (2d Cir.2006) (internal quotation marks and citations omitted).

*United States v. Williams,* 475 F.3d 468, 478-79 (2d Cir. 2007). Given that "[a] prerequisite to maintaining a petition for a writ of habeas corpus under § 2241 is that the petitioner is 'in custody' or 'detained'", *Razzoli v. U.S. Parole Commission*, 116 Fed. Appx. 292, 293 (2d Cir. 2004) (citing 28 U.S.C. §§ 2241(a) & (c), 2242), this Court cannot grant Petitioner the relief she seeks in her Habeas Petition because she has been transferred from federal prison and is now responsible for her own medical care.

In light of Petitioner's transfer, counsel for the Petitioner has no objection to the dismissal of this action with prejudice.

For the foregoing reasons, the Respondent, Donna Zickefoose, Warden, FCI Danbury, requests that this action be dismissed with prejudice, each party to bear its own costs and fees.

                                              Respectfully submitted,

                                              RESPONDENT DONNA ZICKEFOOSE,
                                              WARDEN, FCI DANBURY

                                              NORA R. DANNEHY
                                              UNITED STATES ATTORNEY

                                                 /s/
                                              LAUREN M. NASH, ct01705
                                              ASSISTANT U.S. ATTORNEY
                                              UNITED STATES ATTORNEY'S OFFICE
                                              157 CHURCH STREET
                                              NEW HAVEN, CT  06510
                                              Telephone: (203) 821-3700
                                              Facsimile:  (203) 773-5373
                                              E-mail: lauren.nash@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2009, a copy of foregoing Unopposed Motion to Dismiss, with Prejudice, Petition for Writ of Habeas Corpus was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　LAUREN M. NASH, ct01705
　　　　　　　　　　　　　　　　　　ASSISTANT U.S. ATTORNEY
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY'S OFFICE
　　　　　　　　　　　　　　　　　　157 CHURCH STREET
　　　　　　　　　　　　　　　　　　NEW HAVEN, CT  06510
　　　　　　　　　　　　　　　　　　Telephone: (203) 821-3700
　　　　　　　　　　　　　　　　　　Facsimile:  (203) 773-5373
　　　　　　　　　　　　　　　　　　E-mail: lauren.nash@usdoj.gov

```
      DEVAA          *              INMATE PROFILE              *       09-08-2009
 PAGE 001 OF 001                                                        09:04:52
             24973-050             REG
 REGNO: 24973-050                  FUNCTION: PRT  DOB/AGE.:       -1964 /
 NAME.: I'LINA, VIKTORIYA                         R/S/ETH.:              WALSH: NO
 RSP..: 2-O-DAN IN-TRANSIT FACILITY               MILEAGE.:
 PHONE: N/A                  FAX: N/A
 ARS ASSIGNMENT..: ADMITTED TO AN IN-TRANSIT FACL FBI NO..:
 ARS DATE/TIME...: 09-08-2009/0827                INS NO..:
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE      SSN.....:
  PROJ REL DATE..: 03-02-2010         PSYCH: NO   DETAINER: NO           CMC..: NO
             - - - - - - - -  RELEASE DESTINATION - - - - - - - -
             AGENCY................:
             DST ASSIGNMENT........: BROOKLYN HSE CCC BROOKLYN NY
             ADDRESS...............:
                                     BROOKLYN, NEW YORK 11206
 OFFN/CHG RMKS: 18:371 CONSP TO DEFRAUD & 18:1951 INTERFERENCE W/COMMERCE
 OFFN/CHG RMKS: BY THREAT/SENT TO 48M & 3Y SR ON 9/4/06 UNDER# CR 02-638-02
     FACL CATEGORY     - - - - -  CURRENT ASSIGNMENT - - - - - -  EFF DATE    TIME
     2-O  ADM-REL      A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-08-2009  0827



 G0017           WARNING : NOTIFICATIONS ARE REQUIRED PER P.S. 1490.06
 G0000           TRANSACTION SUCCESSFULLY COMPLETED
```